**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Anthony GREEN, Defendant–Appellant.**

No. 04–1723.

United States Court of Appeals,
Seventh Circuit.

June 12, 2006.

Rehearing and Rehearing En Banc
Denied Aug. 23, 2006.

John G. McKenzie, Office of the United States Attorney, Rockford, IL, for Plaintiff–Appellee.

Robert A. Handelsman, Chicago, IL, for Defendant–Appellant.

Before Hon. JOHN L. COFFEY, Hon. ILANA DIAMOND ROVNER, and Hon. DIANE P. WOOD, Circuit Judges.

**ORDER**

Anthony Green was convicted by a jury of armed bank robbery, 18 U.S.C. § 2113(a), (d); possession of a firearm during and in relation to the robbery, 18 U.S.C. § 924(c); and possession of a firearm by a felon, 18 U.S.C. § 922(g)(1). Relying on the Sentencing Guidelines, the district court treated Green as a career offender and imposed a sentence of 384 months' imprisonment. In *United States v. Green,* No. 04–1723 (7th Cir. Oct. 11, 2005) (unpublished order), we ordered a limited remand of Green's sentence in ac-cordance with *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and *United States v. Paladino,* 401 F.3d 471 (7th Cir.2005), so that the district court could determine whether it believed the sentence remains appropriate now that *Booker* has relegated the Sentencing Guidelines to advisory status. In all other respects, we affirmed the judgment of the district court.

The district court has replied that, now knowing that the Guidelines are not mandatory, it would reimpose the same sentence. We invited both parties to offer their views about the reasonableness of Green's sentence. The government filed a statement urging us to find the sentence reasonable and affirm. Green's counsel filed a statement explaining that the record affords him no basis to argue that Green's sentence is unreasonable.

We therefore AFFIRM the sentence issued by the district court.